UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR JORDAN,<br><br>    Plaintiff,<br><br>    v.<br><br>O. NORRIS, et al.,<br><br>    Defendants. | No. 1:20-cv-00467-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 1 & 11) |

      Lamar Jordan ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 2, 2020, the assigned magistrate judge screened the complaint and found that plaintiff's claims against defendants Napoles and Anunciacion for deliberate indifference to serious medical needs in violation of the Eighth Amendment and plaintiff's claims against defendants Napoles, Norris, Anunciacion, and the State of California for medical negligence should proceed past the screening stage. (Doc. No. 9.) The June 2, 2020 screening order afforded plaintiff various options, including amending his complaint, or standing on the two claims found to be cognizable by the screening order. (*Id*. at 9–10.) Plaintiff elected the latter option, choosing to stand on those claims allowed to proceed past the screening stage. (Doc. No. 10.)

      On June 26, 2020, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his case proceed on Plaintiff's claims against defendants Napoles and Anunciacion for deliberate indifference to serious medical needs in violation of the Eighth

Amendment and his claims against defendants Napoles, Norris, Anunciacion, and State of California for medical negligence," and that "[a]ll other claims and defendants be dismissed." (Doc. No. 11 at p. 8.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on June 26, 2020 (Doc. No. 11), are ADOPTED in full;
2. This case proceeds on Plaintiff's claims against defendants Napoles and Anunciacion for deliberate indifference to serious medical needs in violation of the Eighth Amendment and his claims against defendants Napoles, Norris, Anunciacion, and State of California for medical negligence;
3. All other claims and defendants are dismissed; and
4. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **July 30, 2020**

UNITED STATES DISTRICT JUDGE