UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR JORDAN,<br><br>        Plaintiff,<br><br>   v.<br><br>O. NORRIS, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00467-NONE-EPG (PC)<br><br>ORDER REQUIRING DEFENSE COUNSEL TO RESPOND TO ORDER REGARDING EARLY SETTLEMENT CONFERENCE |

      Lamar Jordan ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983, which includes state law claims. On October 14, 2020, the Court issued an Order Regarding Early Settlement Conference. (ECF No. 19). In the order, the Court directed Deputy Attorney General ("DAG") Rohit Kodical (counsel for defendants Norris, Napoles, and State of California) to "either: (1) file a notice that Defendant(s) opt out of the settlement conference; or (2) contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference." (Id. at 2).

      It appears that DAG Kodical did not comply with this order. However, the Court will grant DAG Kodical additional time to comply with the order.

      Additionally, as it appears that DAG Kodical does not represent all the defendants in this case, the Court will direct DAG Kodical to confer regarding this matter with Raymond Gates, who appears to represent defendant Anunciacion, before determining if a settlement

conference will be useful.[1]  Defense counsel shall then either file a joint notice that Defendants opt out of the settlement conference or contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference.

Accordingly, IT IS ORDERED that, within fourteen days from the date of service of this order, defense counsel shall confer, and then either file a joint notice that Defendants opt out of the settlement conference or contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference.

IT IS SO ORDERED.

Dated:   **December 9, 2020**           /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] It is not clear who represents defendant Anunciacion.  Both DAG Kodical and counsel Gates filed an answer on behalf of defendant Anunciacion.  (ECF Nos. 21 & 22).