UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR JORDAN,<br><br>            Plaintiff,<br><br>    v.<br><br>O. NORRIS, et al.,<br><br>            Defendants. | Case No. 1:20-cv-00467-NONE-EPG (PC)<br><br>ORDER VACATING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 25) |

On November 25, 2020, the Court set an initial scheduling conference in this action. (ECF No. 25). The conference is currently set for March 1, 2021, at 3:00 p.m. (Id.). In that same order the Court required the parties to exchange initial disclosures thirty days before the conference and to file scheduling conference statements fourteen days before the conference. (Id.).

In light of the coronavirus (COVID-19) pandemic and the evolving coronavirus protocols, the initial scheduling conference is VACATED. Nothing in this order relieves the parties of their obligation to file a scheduling conference statement and to exchange initial disclosures.[1] The Court will issue a scheduling order after reviewing the parties' scheduling conference statements.

IT IS SO ORDERED.

   Dated:   **February 17, 2021**           /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The deadline to exchange initial disclosures was February 1, 2021. The deadline to file scheduling conference statements was February 16, 2021.