# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR JORDAN,<br><br>    Plaintiff,<br><br>    v.<br><br>O. NORRIS, et al.,<br><br>    Defendants. | No. 1:20-cv-00467-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DISMISSING STATE LAW CLAIMS<br><br>(Doc. Nos. 37, 38) |

Lamar Jordan ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

This case is proceeding "on Plaintiff's claims against defendants Napoles and Anunciacion for deliberate indifference to serious medical needs in violation of the Eighth Amendment and his claims against defendants Napoles, Norris, Anunciacion, and the State of California for medical negligence." (Doc. No. 12 at 2.)

On March 31, 2021, plaintiff filed a notice to dismiss his state law claims (Doc. No. 37), which the assigned magistrate judge construed as a motion. On April 1, 2021, the assigned magistrate judge entered findings and recommendations, recommending that:

/////

/////

1

1. Plaintiff's motion to dismiss his state law claims be granted;

2. Plaintiff's claims against defendants Napoles, Norris, Anunciacion, and State of California for medical negligence be dismissed with prejudice for failure to state a claim; and

3. The Clerk of Court be directed to reflect the dismissal of defendants Norris and [the] State of California on the Court's docket.

(Doc. No. 38 at 2.)

The parties were provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and neither party has filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 1, 2021, (Doc. No. 38), are adopted in full;

2. Plaintiff's motion to dismiss his state law claims is granted;

3. Plaintiff's claims against defendants Napoles, Norris, Anunciacion, and the State of California for medical negligence are dismissed with prejudice for failure to state a claim;

4. The Clerk of Court is directed to reflect the dismissal of defendants Norris and the State of California on the court's docket; and

5. This case continues to proceed on plaintiff's claims against defendants Napoles and Anunciacion for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

IT IS SO ORDERED.

Dated: **May 8, 2021**

_____
UNITED STATES DISTRICT JUDGE