UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR JORDAN,<br><br>                                   Plaintiff,<br><br>              v.<br><br>E. ANUNCIACTION, et al.,<br><br>                                   Defendants. | Case No. 1:20-cv-00467-NONE-EPG (PC)<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL WITHIN SEVEN DAYS<br><br>(ECF No. 47) |

   On September 9, 2021, Plaintiff filed a motion to compel, alleging that Defendants failed to respond to discovery requests. (ECF No. 47). Defendants failed to respond to the motion.

   The Court will require Defendants to respond to the motion.

   Accordingly, IT IS ORDERED that Defendants have seven days from the date of service of this order to respond to Plaintiff's motion to compel.

   The Court notes that if Defendants fail to comply with this or any other court order, they may be subject to sanctions.

   \\\

   \\\

1

Additionally, if Defendants fail to file an opposition or a statement of no opposition in response to motions filed by Plaintiff, such failure "may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." Local Rule 230(l).

IT IS SO ORDERED.

Dated:   **October 13, 2021**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE