UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR JORDAN,<br><br>                              Plaintiff,<br><br>       v.<br><br>E. ANUNCIACTION, et al.,<br><br>                              Defendants. | Case No. 1:20-cv-00467-JLT-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 59) |

   On April 13, 2022, Defendants filed a request to extend their time to file a reply brief in support of their motion for summary judgment. (ECF No. 59). Defendants ask for the extension because of "an ongoing personal matter, deadlines in other matters and the length of Plaintiff Lamar Jordan's opposition brief…." (Id. at 1).

   For good cause shown, the time for Defendants to file their reply brief in support of their motion for summary judgment is hereby extended three weeks such that the new deadline is Friday, May 6, 2022.

IT IS SO ORDERED.

   Dated:   **April 14, 2022**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

1