UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR JORDAN,<br><br>   Plaintiff,<br><br>   v.<br><br>E. ANUNCIACION, et al.,<br><br>   Defendants. | Case No. 1:20-cv-00467-JLT-EPG (PC)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE PRETRIAL STATEMENT NO LATER THAN JUNE 6, 2023 (FINAL EXTENSION)** |

Lamar Jordan ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 13, 2022, the Court issued an order requiring the parties to file pretrial statements no later than March 3, 2023. (ECF No. 74). The Court warned the parties that "failure to file pretrial statements as required by this order may result in the imposition of appropriate sanctions, which may include dismissal of the action or entry of default." (Id. at 5). Plaintiff failed to file his pretrial statement by this deadline, and the Court extended the deadline to April 28, 2023 (ECF No. 83). The Court once again warned Plaintiff that "failure to file a pretrial statement may result in the imposition of appropriate sanctions, up to and including dismissal of the action." (Id. at 2).

Plaintiff's extended deadline has passed, and Plaintiff once again failed to file his pretrial statement. Nevertheless, as a settlement conference is currently scheduled for May 30, 2023

(ECF No. 83), the Court will extend Plaintiff's deadline until after the settlement conference. No further extensions of this deadline will be granted.

Accordingly, IT IS HEREBY ORDERED that Plaintiff has until June 6, 2023, to file his pretrial statement. Failure to file a pretrial statement by this deadline may result in the imposition of appropriate sanctions, up to and including dismissal of the action. No further extensions of this deadline will be granted.[1]

IT IS SO ORDERED.

Dated:   **May 12, 2023**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] If the case settles at the May 30, 2023 settlement conference, Plaintiff is not required to file a pretrial statement.

2