**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAMAR JORDAN,<br><br>  Plaintiff,<br><br>  v.<br><br>E. ANUNCIACION, et al.,<br><br>  Defendants. | Case No. 1:20-cv-00467-JLT-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM, PRETRIAL CONFERENCE, AND TRIAL<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE LITIGATION COORDINATOR AT IRONWOOD STATE PRISON |

On May 24, 2023, the settlement conference judge, Magistrate Judge Sheila K. Oberto, continued the settlement conference to August 10, 2023, at 10:30 a.m. (ECF No. 88). Therefore, the Court will vacate the order and writ of habeas corpus ad testificandum issued on April 27, 2023 (ECF No. 84).[1] The Court will also vacate the pretrial conference and trial dates. The Court will reset the pretrial conference and trial dates, if necessary, after the settlement conference.

Accordingly, IT IS ORDERED that:

1. The order and writ of habeas corpus ad testificandum issued on April 27, 2023, which directed the Warden to produce Lamar Jordan, CDCR #V-19396, for a settlement conference on May 30, 2023 (ECF No. 84), is VACATED;

2. The pretrial conference and trial dates are VACATED. These dates will be reset, if

---

[1] The will issue an order and writ of habeas corpus ad testificandum with the new date approximately a month before the continued settlement conference.

necessary, after the settlement conference;

3. Nothing in this order relieves the parties of the requirement to submit updated confidential settlement conference statements to Judge Oberto no later than August 3, 2023.

4. **Plaintiff is reminded that, as previously ordered, he has until June 6, 2023, to file his pretrial statement. (ECF No. 86). If Plaintiff fails to file his pretrial statement by this deadline, the Court will issue findings and recommendations, recommending that this action be dismissed for failure to prosecute and failure to comply with a court order**; and

5. The Clerk of Court is directed to serve a copy of this order on the Litigation Coordinator at Ironwood State Prison via e-mail.

IT IS SO ORDERED.

Dated: **May 25, 2023**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE