UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR JORDAN,<br><br>        Plaintiff,<br><br>    v.<br><br>E. ANUNCIACION, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00467-JLT-EPG (PC)<br><br>ORDER GRANTING, IN PART, PLAINTIFF'S MOTION TO RECONSIDER APPOINTING PRO BONO COUNSEL<br><br>(ECF No. 85)<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT ONLY |

    Lamar Jordan ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. On February 10, 2023, this Court denied, without prejudice, Plaintiff's motion for appointment of pro bono counsel. (ECF No. 80).

    Now before the Court is Plaintiff's motion asking the Court to reconsider appointing counsel, which generally states that counsel could help with settlement and other proceedings and that Plaintiff cannot adequately articulate his claims. (ECF No. 85).

    For the reasons stated in the Court's prior order, the Court concludes that this case does not warrant the appointment of pro bono counsel for the entirety of the case. (*See* ECF No. 80).

However, the Court will appoint an attorney, M. Greg Mullanax, for the limited purpose of assisting Plaintiff in a settlement conference.

Because pro bono counsel has a conflict for the date currently set for a settlement conference, the Court will also vacate the settlement conference currently set and direct counsel to confer about other potential dates.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to reconsider appointing pro bono counsel (ECF No. 85) is granted to the extent that the Court will appoint an attorney to assist Plaintiff at the settlement conference.

2. Attorney M. Greg Mullanax is appointed as limited purpose counsel for Plaintiff. This appointment is for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference.

3. Attorney M. Greg Mullanax's appointment will terminate fifteen days after completion of the settlement conference, unless otherwise ordered.

5. The settlement conference currently set in this case for August 10, 2023, is vacated. (ECF No. 88).

6. The parties are directed to contact Sujean Park via email within 14 days of the date of this order to arrange rescheduling of the settlement conference.

7. The Clerk of the Court is directed to serve a copy of this order upon Attorney M. Greg Mullanax, Law Office of M. Greg Mullanax, 2140 N. Winery Ave., Suite 101, Fresno, CA 93703.

IT IS SO ORDERED.

Dated: **July 11, 2023**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE