# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LAMAR JORDAN,                                    Case No. 1:20-cv-00467-JLT-EPG (PC)

      Plaintiff,

   v.

E. ANUNCIACION, et al.,

      Defendants.                          **ORDER & WRIT OF HABEAS CORPUS**
                                     **AD TESTIFICANDUM**

_____/

Lamar Jordan, CDCR # V-19396, a necessary and material witness on his own behalf at pretrial conference in this case on **March 18, 2024**, is confined in Ironwood State Prison (ISP), in the custody of the Warden. To secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Jennifer L. Thurston, by Zoom video conference from his place of confinement, on **Monday, March 18, 2024, at 1:30 p.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum **IS ISSUED**, under the seal of this court, commanding the Warden to produce the inmate named above to participate in pretrial conference via Zoom video before District Judge Jennifer L. Thurston on **Monday, March 18, 2024, at 1:30 p.m.,** until completion of the pretrial conference, or as ordered by the Court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Ironwood State Prison at (760) 921-4307 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Courtroom Deputy Irma Munoz (imunoz@caed.uscourts.gov).

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, ISP, P. O. Box 2229, Blythe, California 92226:**

**WE COMMAND** you to produce the inmate named above to testify before District Judge Jennifer L. Thurston a on **Monday, March 18, 2024, at 1:30 p.m.**, by Zoom video conference, until completion of the pretrial conference or as ordered by the Court.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  __February 27, 2024__         ___/s/ Erica P. Grosjean___

UNITED STATES MAGISTRATE JUDGE

