UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR JORDAN,<br><br>        Plaintiff,<br><br>v.<br><br>E. ANUNCIACION, *et al.*,<br><br>        Defendants. | Case No. 1:20-cv-00467-JLT-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT LAMAR JORDAN, CDCR # V-19396, PLAINTIFF<br><br>DATE: **May 21, 2024**<br>TIME: 8:30 a.m. |

LAMAR JORDAN, inmate, CDCR # V-19396, a party to and a necessary and material witness on his own behalf in the trial in this case set for **May 21, 2024**, is confined at Ironwood State Prison (ISP) in the custody of the Warden. To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the inmate in Courtroom #4, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California, for **a 3-day trial starting on May 21, 2024 at 8:30 a.m.**

    **ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum shall issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in person at the United States District Court at the time and place above, and from day-to-day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Ironwood State Prison at (760) 921-4307 or via email.

    **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, ISP, P. O. Box 2229, Blythe, California 92226:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

2

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **April 15, 2024**                        /s/ *Erica P. Grosjean*
                                                              UNITED STATES MAGISTRATE JUDGE

