UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR JORDAN,<br><br>    Plaintiff,<br><br>v.<br><br>E. ANUNCIACION, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-00467-JLT-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 114)<br><br>AND<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE LITIGATION OFFICE AT IRONWOOD STATE PRISON |

The trial in this case that was scheduled to start on May 21, 2024, before Judge Jennifer L. Thurston has been cancelled due to parties' settlement. (ECF No. 118). Therefore, the Court will vacate the order and writ of habeas corpus ad testificandum issued on April 15, 2024. (ECF No. 114).

Accordingly, **IT IS ORDERED** that:

1. The order and writ of habeas corpus ad testificandum issued on April 15, 2024, which directed the Warden to produce Lamar Jordan, CDCR #V-19395, for trial at the United States Courthouse in Fresno, California, starting on May 21, 2024, is **VACATED**; and
2. The Clerk of Court is directed to serve a copy of this order via fax on the Litigation Office at Ironwood State Prison at (760) 921-4307 or via email.

IT IS SO ORDERED.

Dated:   **May 13, 2024**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1